# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACILYN MARIE GARCIA, | Case No. 1: 21-cv-00068-SAB |
| Plaintiff, | ORDER RE STIPULATION EXTENDING DEADLINE FOR PLAINTIFF TO FILE REPLY BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 23) |
| Defendant. | |

On December 28, 2021, a stipulation was filed requesting to extend the time for Plaintiff to file a reply brief due to the preplanned vacation of counsel out of state. (ECF No. 23.)

Accordingly, pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that the deadline for Plaintiff to file a reply brief is extended until January 27, 2022.

IT IS SO ORDERED.

Dated: **December 29, 2021**

UNITED STATES MAGISTRATE JUDGE

1